# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 2:24-CR-00018-KD |
| GERARD JOHNSON, | : |
| Defendant. | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sonja F. Bivins (doc. 22) and without any objection having been filed by the parties, the plea of guilty of Defendant GERARD JOHNSON to Count Two of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **July 26, 2024 at 10:00 a.m. in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 5th day of April 2024.

s/Kristi  K. DuBOSE
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE